UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| VANTAGE COMMODITIES FINANCIAL SERVICES I, LLC,<br>    *Plaintiff,*<br><br>v.<br><br>ASSURED RISK TRANSFER PCC, LCC et al.,<br>    *Defendants.* | CASE NO. 17-cv-01451-KBJ<br>Hon. Ketanji Brown Jackson |

**REINSURERS' MOTION TO DISMISS THE COMPLAINT**

Pursuant to Rules 12(b)(2), (5) and (6), Fed. R. Civ. P., Defendant reinsurers Hannover Rückversicherung AG, Partner Reinsurance Europe PLC, and Caisse Centrale de Reassurance (collectively referred to as "Reinsurers") hereby move to dismiss the Complaint. A supporting memorandum is filed herewith. For the reasons stated in the accompanying memorandum, the Complaint should be dismissed for lack of personal jurisdiction, improper service of process, failure to state a claim upon which relief may be granted, and the existence of a binding arbitration clause. A Proposed Order is filed herewith.

Dated: September 29, 2017                                Respectfully submitted,


      /s/ *William A. Davis*
William A. Davis (DC Bar #422108)
MINTZ LEVIN COHN FERRIS
 GLOVSKY & POPEO
701 Pennsylvania Ave., N.W. Suite 900
Washington, DC  20004
(202) 434-7300
wadavis@mintz.com

Mary Ann D'Amato (*pro hac vice*)
MENDES & MOUNT, LLP
750 Seventh Avenue
New York, NY 10019
(212) 261-8312
Maryann.Damato@mendes.com

Attorneys for Defendants
Hannover Ruckverishcerung AG,
Partner Reinsurance Europe PLC, and
Caisse Centrale de Reassurance