UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| VANTAGE COMMODITIES FINANCIAL SERVICES I, LLC,<br><br>      *Plaintiff*,<br><br>  v.<br><br>ASSURED RISK TRANSFER PCC, LLC, et al.,<br><br>      *Defendants*. | No. 1:17-cv-01451-KBJ<br><br>Hon. Ketanji Brown Jackson<br><br>**ORAL ARGUMENT REQUESTED** |

**MOTION TO DISMISS COMPLAINT,
OR, IN THE ALTERNATIVE, TO COMPEL ARBITRATION**

  Pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(5), and 12(b)(6), the defendants identified in the Complaint as Syndicate 4472 (a/k/a Liberty Syndicates), Syndicate 2001 (a/k/a MS Amlin), Syndicate 1206 (a/k/a Am Trust), and Catlin Re Switzerland (a/k/a XL Catlin) (collectively, the "Moving Defendants"), by and through their undersigned counsel, hereby move to dismiss all claims against them in this matter brought by plaintiff Vantage Commodities Financial Services I, LLC ("Vantage"). As explained in the accompanying Memorandum: (1) this Court lacks personal jurisdiction over the Moving Defendants; (2) Vantage has failed to effect proper service of process on any of the Moving Defendants; and (3) Vantage's claims against the Moving Defendants fail as a matter of law because they are based on the supposed breach of a reinsurance agreement to which Vantage is not a party.

  Alternatively, even if Vantage were somehow entitled to claim relief under the reinsurance agreement, this Court would have jurisdiction only to send these claims to arbitration pursuant the arbitration clause contained in that agreement. *See* 9 U.S.C. § 2.

1

This motion is supported by the accompanying Memorandum, the Declaration of Susan Barber, the Declaration of Mark William Chappels, the Declaration of Peter Cordell, the Declaration of Martin Hochstrasser, the Proposed Order filed herewith, and any reply memorandum that the Moving Defendants may file.

DATED: September 29, 2017

Respectfully Submitted,

/s/ Brian D. Netter
Brian D. Netter (D.C. Bar No. 979362)
G. Richard Dodge, Jr. (*Pro Hac Vice*)
Madeleine L. Hogue (*Pro Hac Vice*)
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
Telephone: (202) 263-3000
Fax: (202) 263-3300
bnetter@mayerbrown.com

*Counsel for the Lloyd's Reinsurers and Catlin Re Switzerland*