IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VANTAGE COMMODITIES FINANCIAL SERVICES I, LLC,<br>      Plaintiff,<br><br>v.<br><br>ASSURED RISK TRANSFER PCC, LCC, *et al.*,<br><br>      Defendants. | Civil Action No. 1:17-cv-01451-TNM<br><br>Hon. Trevor N. McFadden<br><br>**ORAL ARGUMENT REQUESTED** |

### MOTION TO DISMISS THE AMENDED COMPLAINT OR FOR A MORE DEFINITE STATEMENT UNDER RULE 12 OR IN THE ALTERNATIVE FOR A STAY PENDING ARBITRATION BY THE REINSURER DEFENDANTS

  Defendants Syndicate 4472 (a/k/a Liberty Syndicates), Syndicate 2001 (a/k/a MS Amlin), Syndicate 1206 (a/k/a Am Trust), and Catlin Re Switzerland (a/k/a XL Catlin) (collectively, the "Reinsurer Defendants") submit this motion to dismiss Vantage Commodities Financial Services I, LLC's ("Vantage") Amended Complaint (Doc. 96) pursuant to Rule 12 of the Federal Rules of Civil Procedure.  By and through joining in this motion Swiss-based defendant Catlin Re Switzerland has accepted service of the Amended Complaint.

  The Reinsurer Defendants recognize that in permitting amendment of Vantage's claims, the Court determined that Vantage's new claims alleging breach of an "implied" contract, promissory estoppel, and unjust enrichment (the "Alternative Claims") were adequately alleged. However, for the completeness of the record and in light of the fact that the Alternative Claims rely heavily on the facts supporting Vantage's dismissed direct contract theory, the Reinsurer Defendants respectfully seek dismissal of the Alternative Claims for failure to state a claim, or at a minimum an order that Vantage issue an amended complaint reflecting this Court's dismissal

of certain claims and parties from the litigation.  In the alternative, the Reinsurer Defendants request that the Court stay the litigation as to the Reinsurer Defendants pending the outcome of the arbitration between the Reinsurer Defendants and dismissed party Assured Risk Transfer PCC, LCC ("ART").

Dated: January 23, 2019                               Respectfully submitted,

                                                     /s/ *Alanna Clair*_____
Alanna Clair (D.C. Bar No. 986460)
G. Richard Dodge, Jr. (*Pro Hac Vice*)
DENTONS US LLP
1900 K Street, NW
Washington, District of Columbia 20006
Telephone: (202) 496-7500
Facsimile: (202) 408-6399
alanna.clair@dentons.com
rich.dodge@dentons.com

*Attorneys for Defendants Syndicate 4472 (a/k/a Liberty Syndicates), Syndicate 2001 (a/k/a MS Amlin), Syndicate 1206 (a/k/a Am Trust), and Catlin Re Switzerland (a/k/a XL Catlin)*

## STATEMENT OF COMPLIANCE WITH RULE 7(M)

The Reinsurer Defendants have conferred with Plaintiff Vantage regarding the foregoing Motion and have sought Plaintiff's consent to the relief sought herein.  Plaintiff has indicated that it does not consent to the relief sought herein.

                                                                            /s/ Alanna G. Clair
                                                                              Alanna G. Clair

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2019, I caused to be electronically filed and served via CM/ECF the foregoing Reinsurer Defendants' Motion to Dismiss or for a More Definite Statement Under Rule 12 or in the Alternative Stay the Litigation Pending Arbitration upon all counsel of record, except that the Reinsurer Defendants' Motion was separately served on the following by first class mail:

Mary Ann D'Amato
Mendes & Mount
3 Park Avenue
New York, NY 10016

/s/ Alanna G. Clair
Alanna G. Clair