UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| VANTAGE COMMODITIES FINANCIAL SERVICES I, LLC,<br>    *Plaintiff,*<br><br>            v.<br><br>ASSURED RISK TRANSFER PCC, LCC et al.,<br>    *Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>     CASE NO. 17-cv-01451-TNM<br>     Hon. Trevor N. McFadden |

## MOTION TO DISMISS THE AMENDED COMPLAINT AGAINST DEFENDANTS HANNOVER RÜCK SE, PARTNER REINSURANCE EUROPE SE, AND CAISSE CENTRALE DE REASSURANCE OR, IN THE ALTERNATIVE, COMPEL ARBITRATION

Defendant reinsurers Hannover Rück SE (incorrectly sued as "Hannover Rückversicherung AG"), Partner Reinsurance Europe SE (incorrectly sued as Partner Reinsurance Europe PLC), and Caisse Centrale de Reassurance (collectively, "Movants"), hereby move to dismiss Plaintiff's Amended Complaint (Doc 96) on the grounds that it fails to state a claim upon which relief may be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  In the alternative, inasmuch as the Amended Complaint asserts causes of action under or in connection with an alleged implied contract-in-fact between Plaintiff ("Vantage") and Movants, Movants seek an Order: (1) Dismissing the Amended Complaint against them pursuant to Rule 12(b)(6) on the grounds that Vantage failed to commence this action within the contractual limitations period in the alleged implied-in-fact contract; or (2) Compelling arbitration between Vantage and Movants and dismissing or staying the action pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 et. seq., and F.R.C.P. 12(b) on the grounds that Vantage's claims against Movants are subject to the mandatory arbitration in the alleged implied-in-fact contract.

In further support of this motion, Movants submit the accompanying Memorandum of Points and Authorities.

Dated: February 15, 2019               Respectfully submitted,

                                       ____/s/ *William A. Davis*_____
                                       William A. Davis (DC Bar #422108)
                                       MINTZ LEVIN
                                       701 Pennsylvania Ave., N.W. Suite 900
                                       Washington, DC  20004
                                       (202) 434-7300
                                       wadavis@mintz.com

                                       Mary Ann D'Amato (*pro hac vice*)
                                       MENDES & MOUNT, LLP
                                       750 Seventh Avenue
                                       New York, NY 10019
                                       (212) 261-8312
                                       maryann.damato@mendes.com

                                       Attorneys for Defendants
                                       Hannover Ruck SE
                                       Partner Reinsurance SE and
                                       Caisse Centrale de Reassurance