UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VANTAGE COMMODITIES FINANCIAL SERVICES I, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ASSURED RISK TRANSFER PCC, LCC, *et al.*, <br><br> Defendants; <br><br> SYNDICATES 4472, 2001, and 1206, and CATLIN RE SWITZERLAND, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> VANTAGE COMMODITIES FINANCIAL SERVICES I, LLC, <br><br> Counterclaim-Defendant. | Civil Action No. 1:17-cv-01451-TNM <br><br> Hon. Trevor N. McFadden |

### THE LLOYD'S/CATLIN REINSURERS' MOTION FOR <u>PARTIAL SUMMARY JUDGMENT</u>

Defendants/Counterclaim-Plaintiffs Syndicate 4472 (a/k/a Liberty Syndicates), Syndicate 2001 (a/k/a MS Amlin), Syndicate 1206 (a/k/a Am Trust), Catlin Re Switzerland (a/k/a XL Catlin), (collectively, the "Defendants/Counterclaim-Plaintiffs" or "Lloyd's/Catlin Reinsurers") respectfully move this Court for partial summary judgment under Federal Rule of Civil Procedure 56(a).

The Lloyd's/Catlin Reinsurers seek a partial summary judgment order: (1) dismissing Plaintiff/Counter-claim Defendant Vantage Commodities Financial Services, I, LLC's ("Plaintiff/Counterclaim Defendant" or "Vantage") Counts VII, IX, and X against the Lloyd's/Catlin Reinsurers with prejudice; and (2) entering judgment in favor of Defendants/Counterclaim-Plaintiffs Lloyd's/Catlin Reinsurers on Counts I and II of their Counterclaim and declaring the rights and obligations of The Lloyds/Catlin Reinsurers and Vantage, as set forth more fully in the Proposed Order.

The grounds for this Motion are set forth in the accompanying Memorandum of Points and Authorities in Support of Defendants/Counterclaim-Plaintiffs Lloyd's/Catlin Reinsurers' Motion for Partial Summary Judgment, the Lloyd's/Catlin Reinsurers' Statement of Undisputed Material Facts, and the Omnibus Declaration of Shauna Guner in Support of Defendants' Motions for Summary Judgment.  Defendants/Counterclaim-Plaintiffs Lloyd's/Catlin Reinsurers respectfully request that this Court enter judgment in accordance with the attached Proposed Order.

Dated: July 1, 2020

Respectfully submitted,

 /s/ G. Richard Dodge, Jr.
G. Richard Dodge, Jr. (D.C. Bar. No. 980402)
Alanna Clair (D.C. Bar No. 986460)
Shauna Guner (D.C. Bar No. 1035475)
DENTONS US LLP
1900 K Street, N.W.
Washington, DC  20006
Telephone: (202) 496-7500
rich.dodge@dentons.com
alanna.clair@dentons.com
shauna.guner@dentons.com

*Attorneys for Defendants/Counterclaim-Plaintiffs Syndicate 4472 (a/k/a Liberty Syndicates), Syndicate 2001 (a/k/a MS*

*Amlin), Syndicate 1206 (a/k/a Am Trust), and Catlin Re Switzerland (a/k/a XL Catlin)*