UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VANTAGE COMMODITIES FINANCIAL SERVICES I, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ASSURED RISK TRANSFER PCC, LCC, <br><br> *et al.*, <br><br> Defendants; <br><br> SYNDICATES 4472, 2001, AND 1206, and CATLIN RE SWITZERLAND, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> VANTAGE COMMODITIES FINANCIAL SERVICES I, LLC, <br><br> Counterclaim-Defendant. | Civil Action No. 1:17-cv-01451-TNM <br><br> Hon. Trevor N. McFadden <br><br> **Oral Argument Requested** |

## CONTINENTAL REINSURERS' MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 56, Defendants Hannover Ruck SE ("Hannover Re"), Partner Reinsurance Europe SE ("Partner Re") and Caisse Centrale de Reassurance ("CCR"), (collectively "Continental Reinsurers"), by and through their undersigned counsel, hereby move before the Honorable Trevor N. McFadden, for Summary Judgment dismissing all Causes of Action and Claims asserted against Defendants Continental Reinsurers by Plaintiff in its Amended Complaint particularly: Counts, VIII

(Breach of Contract Implied-in-Fact); IX (Promissory Estoppel); and X (Unjust Enrichment) with Prejudice.

Continental Reinsurers' basis and reasoning in support of this summary judgment motion is set forth in the accompanying Memorandum of Points and Authorities, Statement of Undisputed Material Facts, the Omnibus Declaration of Shauna Guner in Support of Defendants' Motions for Summary Judgment and exhibits submitted therewith, and upon all records and proceedings in this Action.

**PLEASE TAKE FURTHER NOTICE** that:

- Plaintiff's Opposition and Cross-Motion for Summary Judgment are due to be filed by July 31, 2020;

- Defendants' Reply in support of their Motion for Summary Judgment and Opposition is due to be filed by August 31, 2020; and

- Plaintiff's Reply in support of its Cross-Motion is due by September 28, 2020.

Dated: July 1, 2020

/s/ *William A. Davis*_____
William A. Davis (DC Bar #422108)
MINTZ LEVIN COHN FERRIS
GLOVSKY & POPEO
701 Pennsylvania Ave., N.W. Suite 900
Washington, DC  20004
(202) 434-7300
wadavis@mintz.com

 /s/ *Mary Ann D'Amato*_____
Mary Ann D'Amato (Pro Hac Vice)
MENDES & MOUNT, LLP
750 Seventh Avenue
New York, NY  10019
(212) 261-8312
Maryann.Damato@mendes.com

*Attorneys for Defendants*
*Hannover Ruck SE*
*Partner Reinsurance SE and*
*Caisse Centrale de Reassurance*