UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VANTAGE COMMODITIES FINANCIAL SERVICES I, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ASSURED RISK TRANSFER PCC, LLC, *et al.*,<br><br>    Defendants;<br><br>SYNDICATES 4472, 2001, and 1206, and CATLIN RE SWITZERLAND,<br><br>    Counterclaim-Plaintiffs,<br><br>v.<br><br>VANTAGE COMMODITIES FINANCIAL SERVICES I, LLC,<br><br>    Counterclaim-Defendant. | Civil Action No. 1:17-cv-01451-TNM<br><br>Hon. Trevor M. McFadden<br><br>**Oral Argument Requested** |

**PLAINTIFF VANTAGE COMMODITIES FINANCIAL SERVICES I, LLC'S CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN COMBINED OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 56(a), Plaintiff Vantage Commodities Financial Services I LLC ("Vantage"), by and through undersigned counsel, respectfully moves this Court for partial summary judgment and hereby opposes Defendants' motions for summary judgment.[1]

---

[1] Defendants' Motions are: (1) Lloyd's/Catlin Reinsurers' Motion for Partial Summary Judgment [ECF No. 140]; (2) Defendants Willis Limited, Willis Re Inc., and Willis Towers Watson Management (Vermont), Ltd's Motion for Summary Judgment [ECF No. 141]; and (3) Motion for Summary Judgment on Behalf of Defendants Hannover Ruck SE, Partner Reinsurance Europe SE, and Caisse Centrale De Reassurance [ECF No. 142].

Vantage seeks an order that:

1. The plain meaning of the phrase "Reinsurance is ceded on the same terms, conditions, and settlements as the original policy" requires Defendants Hannover Ruckversicherung AG (Hannover), Partner Reinsurance Europe plc ("Partner Re"), Lloyd's of London Syndicates 1206, 2001, and 4472 ("London Syndicates"), Caisse Centrale de Reassurance ("CCR"), and Catlin Re Switzerland AG ("Catlin") (collectively, "Defendant Reinsurers") to pay Vantage's losses covered by the Credit Insurance Policy;

2. Defendant Reinsurers entered into an implied contract with Vantage to pay losses covered by the Credit Insurance Policy on "the same terms, conditions, and settlements" as the Credit Insurance Policy; and

3. The Judgment that Vantage secured against ART PCC constitutes a settlement within the meaning of the phrase "same terms, conditions, and settlements";

4. Defendants Willis Limited, Willis Re Inc., and Willis Towers Watson Management (Vermont), Ltd each owed a duty of care to Vantage with respect to Court III (Negligence), Count IV (Professional Negligence), Count VI (Negligent Undertaking), and Count VII (negligent misrepresentation) of the First Amended Complaint for Damages and Declaratory Relief [ECF No. 75-1]; and

5. Counterclaim Count III (Tortious Interference with a Contract) of Defendants Syndicates 4472, 2001, and 1206, and Catlin Re Switzerland's Answer, Affirmative Defenses, and Counterclaims [ECF No. 128] is dismissed with prejudice

The grounds for this Motion and combined opposition are set forth in the accompanying

(i) Memorandum of Law;

(ii) Statement of Undisputed Material Facts;

(iii) Statement of Genuine Issues of Material Fact Pursuant to Local Rule 7(h) in Response to the Lloyd's/Catlin Reinsurers' Statement of Undisputed Material Facts;

(iv) Statement of Genuine Issues of Material Fact Pursuant to Local Rule 7(h) in Response to Statement of Undisputed Material Facts Submitted By Defendants Hannover Ruck SE, Partner Reinsurance Europe SE, and Caisse Centrale de Reassurance;

(iv) Statement of Genuine Issues of Material Fact Pursuant to Local Rule 7(h) in Response to the Statement of Undisputed Material Facts Submitted by Willis Limited, Willis Re Inc. and Willis Towers Watson Management (Vermont), Ltd;

(v) Exhibits 1 to 145;

and upon all records and proceedings in this action.  Vantage respectfully requests that this Court enter judgment in accordance with the attached Proposed Order.

Dated:  July 31, 2020

Respectfully submitted,

**BLANK ROME LLP**

By: /s/ *John A. Gibbons*
    John A. Gibbons (D.C. Bar No. 474951)
    Steven Roman ((D.C. Bar No. 392959
    James Carter (D.C. Bar No. 479432)
    Kierstan Carlson (D.C. Bar No. 1005383)
    Alex Berman (DC Bar No. 1033719)
    1825 Eye Street, N.W.
    Washington, DC  20006-5403
    Telephone:  (202) 420-2200
    Facsimile:  (202) 420-2201

*Attorneys for Plaintiff Vantage Commodities Financial Services I, LLC*