UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VANTAGE COMMODITIES FINANCIAL SERVICES I, LLC**,<br><br>               Plaintiff,<br><br>               v.<br><br>**WILLIS LIMITED,**[1] ***et al.***,<br><br>               Defendants. | Case No. 1:17-cv-01451 (TNM) |

**ORDER**

Upon consideration of the Motion for Partial Summary Judgment by Catlin Re Switzerland, Syndicate 1206, Syndicate 2001, and Syndicate 4472 (collectively, "Lloyd's/Catlin Reinsurers"); Motion for Summary Judgment by Willis Limited, Willis Re Inc., and Willis Towers Watson Management (Vermont), Ltd. (collectively, "Willis Defendants"); Motion for Summary Judgment by Hannover Ruckverishcerung AG, Partner Reinsurance Europe, PLC, and Caisse Centrale De Reassurance (collectively, "Continental Reinsurers"); Cross Motion for Partial Summary Judgment by Vantage Commodities Financial Services I, LLC ("Vantage"); together with the pleadings, relevant law, and related legal memoranda in opposition and in support, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the [140] Motion for Partial Summary Judgment by the Lloyd's/Catlin Reinsurers is GRANTED as to Count VIII, Count IX, and Count X of the [96] Amended

---

[1] The named Defendant in this case was previously Assured Risk Transfer PCC, LLC, but the Court dismissed it from the case. *See* Mem. Order (Nov. 16, 2018) at 12, ECF No. 85.

Complaint, and DENIED as to Counterclaim Count III of the Lloyd's Catlin Reinsurers' [128] Answer, Affirmative Defenses, and Counterclaims; it is further

**ORDERED** that the [141] Motion for Summary Judgment by the Willis Defendants is GRANTED in full; it is further

**ORDERED** that the [142] Motion for Summary Judgment by the Continental Reinsurers is GRANTED in full; it is further

**ORDERED** that the [144] Cross Motion for Partial Summary Judgment by Vantage is GRANTED as to Counterclaim Count III of the Lloyd's Catlin Reinsurers' [128] Answer, Affirmative Defenses, and Counterclaims, and DENIED as to its other claims; and it is further

**ORDERED** that the [159] Motion for Leave to File Sur-Reply by the Lloyd's/Catlin Reinsurers is DENIED.

**SO ORDERED.**

The Clerk of Court is directed to close the case. This is a final, appealable Order.

Dated: March 31, 2021                                      TREVOR N. McFADDEN, U.S.D.J.