UNUNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VANTAGE COMMODITIES FINANCIAL SERVICES I, LLC<br><br>    Plaintiff,<br><br>v.<br><br>ASSURED RISK TRANSFER PCC, LLC,<br><br>    Defendants;<br><br>SYNDICATES 4472, 2001, and 1206, and CATLIN RE SWITZERLAND,<br><br>    Counterclaim-Plaintiffs,<br><br>v.<br><br>VANTAGE COMMODITIES FINANCIAL SERVICES I, LLC,<br><br>    Counterclaim-Defendant. | Civil Action No. 1:17-cv-01451-TNM<br><br>Hon. Trevor N. McFadden |

## NOTICE OF APPEAL

Plaintiff Vantage Commodities Financial Services I, LLC ("Vantage") hereby provides notice that Vantage appeals to the United States Court of Appeals For the District of Columbia Circuit from the following rulings of the District Court: (1) August 6, 2018 partial Dismissal of Claims [Dkt No. 71 and 72]; (2) November 16, 2018 partial Denial of Vantage's Motion for Leave to File an Amended Complaint [Dkt. 85]; and (3) March 31, 2021 granting defendants' motions for summary judgment and denying Plaintiff's cross-motion for partial summary judgment, and March 31, 2021 entry of a final appealable judgment [Dkts. 164 and 165].

Dated:  April 12, 2021                                   Respectfully submitted,

                                                      **BLANK ROME LLP**

By:  /s/ *John A. Gibbons*
      John A. Gibbons (D.C. Bar No. 474951)
      Steven Roman ((D.C. Bar No. 392959
      1825 Eye Street, N.W.
      Washington, DC  20006-5403
      Telephone:  (202) 420-2200
      Facsimile:  (202) 420-2201

*Attorneys for Plaintiff Vantage Commodities Financial Services I, LLC*

## **CERTIFICATE OF SERVICE**

I, John A. Gibbons, hereby certify that on April 12, 2021 I caused the forgoing Notice of Appeal to be served by filing with the Court's Electronic Filing system to the counsel of record, including

Richard Dodge, Jr.
Alanna Clair
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
rich.dodge@dentons.com
alanna.clair@dentons.com
*Counsel for Defendants Catlin Re Switzerland, Syndicate 2001, Syndicate 1206, and Syndicate 4472*

Christopher J. St. Jeanos
Maxwell A. Bryer
Elizabeth Bower
WILKIE, FARR & GALLAGHER LLP
787 Seventh Avenue,
New York, NY 10019
cstjeanos@willkie.com
mbryer@willkie.com
ebower@willkie.com
*Counsel for Defendants Willis Limited, Willis Re Inc., and Willis Towers Watson Management (Vermont), Ltd.*

Mary Ann D'Amato
MENDES & MOUNT
750 Seventh Avenue
New York, NY 10019
maryann.damato@mendes.com
William A. Davis
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
701 Pennsylvania Avenue N.W.
Suite 900
Washington, DC, 20004
wadavis@mintz.com
*Counsel for Defendants Caisse Centrale De Reassurance, Hannover Ruckverishcerung AG, Partner Reinsurance Europe, PLC*

200367.00002/125714985v.1