# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 21-7033**                                                     **September Term, 2021**

**1:17-cv-01451-TNM**

**Filed On: May 31, 2022** [1948612]

Vantage Commodities Financial Services I, LLC,

       Appellant

   v.

Assured Risk Transfer PCC, LLC, et al.,

       Appellees

### M A N D A T E

In accordance with the judgment of April 22, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                     **FOR THE COURT:**
                                                     Mark J. Langer, Clerk

                        BY:     /s/
                                Daniel J. Reidy
                                Deputy Clerk

Link to the judgment filed April 22, 2022